```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                      UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12  ALBERT JACK HELMKE,              )
                                     )   CIVIL NO. C-07-04604 PJH
13          Plaintiff,               )
                                     )
14          v.                       )   STIPULATION AND ORDER FOR
                                     )   EXTENSION
15                                   )
   MICHAEL J. ASTRUE,                )
16  Acting Commissioner of           )
   Social Security,                  )
17                                   )
            Defendant.                )
18  _____  )
```

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a 30-day extension of time in which to file a response to Plaintiff's Motion for Summary Judgment. The extension is necessary because the Special Assistant United States Attorney for the Commissioner has experienced a significant increase in her workload due, in part, to a staffing shortage in the Commissioner's San Francisco regional office. For the past three months, three-to-four full time attorneys are or have been out on extended leave for medical, professional, bereavement and military purposes. In addition, during the month of February, counsel had to prepare for a Ninth Circuit oral argument and prepare an appeal recommendation, which involves a very short and unpredictable time frame.

///

1  The Commissioner's response to Plaintiff's Motion for Summary Judgment will now be due on
2  April 9, 2008.

3  Dated: March 7, 2008           /s/ *Carl T. Windell*
4                                  *(As authorized via telephone on March 7, 2008*)
                                    CARL T. WINDELL
5                                   Attorney for Plaintiff

6
                                    JOSEPH P. RUSSONIELLO
7                                   United States Attorney

8  Dated: March 7, 2008    By:     /s/ *Elizabeth Firer*
9                                   ELIZABETH FIRER
                                    Special Assistant United States Attorney
10
11
12  PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social
13  Security shall have an additional 30 days in which to respond to Plaintiff's Motion for Summary
14  Judgment, up to and including April 9, 2008.

17  Dated: 3/12/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA