UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JACK HELMKE, JR., <br>     Plaintiff, <br>     v. <br> MICHAEL ASTRUE, <br>     Defendant. | Case No. 07-cv-04604-PJH <br><br> **ORDER DENYING REQUEST TO SEAL CASE** <br><br> Re: Dkt. No. 37 |

    Before the court is the request of plaintiff Albert Jackson ("Jack") Helmke, Jr. to terminate all internet access to his social security case and permanently seal the case from access by the public, except the parties to the case. Doc. no. 37. Plaintiff's request asserts that his privacy has been violated by several websites that yield information about his "Documented Case," divulging personal, medical and family details. This case was a civil judicial proceeding that has been closed on the court's docket since judgment was entered on November 20, 2008. Plaintiff must therefore show compelling reasons in support of his request to seal the entire record of his case. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (given the strong presumption in favor of public access to court records, "[a] party seeking to seal a judicial record then bears the burden of overcoming this strong presumption by meeting the 'compelling reasons' standard"). "This standard derives from the common law right 'to inspect and copy public records and documents, including judicial records and documents.' To limit this common law right of access, a party seeking to seal judicial records must show that 'compelling reasons supported by specific factual findings ... outweigh the general history

1  of access and the public policies favoring disclosure.'" *Pintos v. Pac. Creditors Ass'n*,
2  605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana*, 447 F.3d at 1178-79).  As plaintiff
3  fails to demonstrate compelling reasons to seal the case or any judicial records in the
4  case, the request to seal the case is DENIED.
5  **IT IS SO ORDERED.**
6  Dated:  November 24, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

2